UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | No. 3:10-CR-00163 |
| v. | ) | |
| | ) | Magistrate Judge Knowles |
| | ) | |
| TIM ALLEN | ) | |
|    a/k/a "LIL TIM" | ) | |
| | ) | |
| JOEDON BRADLEY | ) | |
|    a/k/a | ) | |
| | ) | |
| ALONZO McLAURINE | ) | |
|    a/k/a "ZO" | ) | |
| | ) | |
| SHAYNE GIBSON | ) | |
|    a/k/a "Alief" | ) | |
| | ) | |
| RODNEY BRITTON | ) | |
| | ) | |

## ORDER TO UNSEAL THE INDICTMENT

Comes now the United States and requests the indictment in this case be unsealed as to defendants Tim Allen, a/k/a "Lil Tim," Joedon Bradley, a/k/a "Jo Jo," Alonzo McLaurine, a/k/a "Zo," Shayne Gibson, a/k/a "Alief," and Rodney Britton. These defendants are currently not in custody, however, the unsealing of the indictment will not present a risk to the agents arresting these defendants.

Respectfully submitted,
JERRY E. MARTIN
United States Attorney for the
Middle District of Tennessee

\s\ Kelly D. Young
KELLY D. YOUNG
Special Assistant United States Attorney
110 9th Avenue South, Suite A-961
Nashville, TN 37203
615-736-5151


\s\ Cody Skipper
CODY SKIPPER
Assistant United States Attorney
110 9th Avenue South, Suite A-961
Nashville, TN 37203
615-736-5151

GRANTED:

_____
E. Clifton Knowles
U.S. Magistrate Judge