PROB 12A
(REVISED 5/2011)

# United States District Court
## for
## Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: <u>Joedon Bradley</u>　　　　Case Number:  <u>3:10-00163-09</u>

Name of Judicial Officer: <u>The Honorable Aleta A. Trauger, U.S. District Judge</u>

Date of Original Sentence: <u>August 31, 2012</u>

Original Offense: <u>18 U.S.C. § 1962(d), Conspiracy to Participate in a Racketeering Activity</u>

Original Sentence:  <u>48 months' custody; 3 years' supervised release</u>

Type of Supervision:  <u>Supervised Release</u>　　Date Supervision Commenced:  <u>January 2, 2013</u>

Assistant U.S. Attorney:  <u>Scarlett Nokes</u>　　Defense Attorney: <u>James A. Simmons</u>

---

THE COURT ORDERS:

- ☒ No Action
- ☐ Submit a Petition for Summons
- ☐ Submit a Petition for Warrant
- ☐ Other

Considered this 16th day of April , 2014,
and made a part of the records in the above case.

_____
U. S. District Judge
Aleta A. Trauger

I declare under penalty of perjury that the
foregoing is true and correct. Respectfully
submitted,

_____
Sr. U.S. Probation Officer
Lisa Capps

Place　　Columbia, Tennessee

Date　　April 15, 2014

ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation No. Nature of Noncompliance

1.          **Shall not commit another federal, state, or local crime:**

Joedon Bradley was arrested for Driving on a Suspended Driver's License by the Metropolitan Nashville Police Department (MNPD), Nashville, Tennessee, on April 9, 2014. According to the affidavit, officers with MNPD observed the offender get onto a motorcycle and begin to drive near 1601 Herman Street, Nashville, Tennessee. Officers had numerous contacts with Mr. Bradley and had personal knowledge that his driver's license was suspended. Officers ran his information through state records, and it was confirmed that his license was suspended on March 24, 2014, and a suspension notice was sent. Mr. Bradley is to appear in the Davidson County General Sessions Court, Nashville, Tennessee, on April 29, 2014, Warrant No. GS673019.

On April 10, 2014, Mr. Bradley contacted this officer to advise of his arrest. The offender indicated that he had been to the Department of Motor Vehicles earlier that day, and they advised him his driver's license was valid. Mr. Bradley stated that they provided him with paperwork, and he was directed to provide it to this officer.

**Compliance with Supervision Conditions and Prior Interventions:**

Joedon Bradley is a resident of Davidson County, Tennessee, and has been under the federal supervision of the U.S. Probation Office since January 2, 2013. He was to begin new employment with a local construction company on April 14, 2014. He lives with his Godmother in Nashville, Tennessee. The probation officer completes frequent unannounced home visits at the offender's residence.

**U.S. Probation Officer Recommendation:**

The probation officer respectfully recommends the offender be continued on supervised release and that the new violations be handled in Davidson County General Sessions Court. The state court will likely impose an appropriate sentence should Mr. Bradley be adjudicated guilty of the charges.

The U. S. Attorney's Office has been advised of the offender's noncompliance.

Approved: _____

            Vidette Putman
            Supervisory U.S. Probation Officer