# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:10-00163 |
| | ) | Judge Trauger |
| [9] JOEDON BRADLEY | ) | |

O R D E R

It is hereby **ORDERED** that a hearing will be held on the Petition to Revoke Supervision (Docket No. 2062) and the Supplemental Petition on Thursday, September 18, 2014, at 2:30 p.m.

It is so **ORDERED**.

ENTER this 10th day of September 2014.

_____
ALETA A. TRAUGER
U.S. District Judge