IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

Motion GRANTED. Hearing reset for 11/20/14 at 3:00 p.m.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Criminal No. 3:10-00163 |
| | ) | JUDGE TRAUGER |
| [9] JOEDON BRADLEY | ) | |

## MOTION TO CONTINUE REVOCATION HEARING

Comes now the Defendant, Joedon Bradley, through his attorney, James A. Simmons, and moves this Honorable Court to continue the Revocation Hearing which is scheduled for Thursday, September 18, 2014, at 2:30 p.m. (DE 2080). As grounds for this motion, counsel would show that the basis of the revocation petition is an arrest which occurred in Davidson County, Tennessee on August 21, 2014. Joedon Bradley is represented by Attorney Bobby Ballinger (615-254-0202) in the Davidson County matter. Mr. Ballinger has advised undersigned counsel that he has requested his client exercise his Fifth Amendment right as to any questions which might pertain to the basis of the Davidson County arrest.

Mr. Bradley turned himself in upon being advised of the pending revocation petition and was subsequently released by the United States Magistrate. It is requested that this Court continue these proceedings pending resolution of the Davidson County charges.

Counsel has spoken with Mr. Bradley and advised him that any violation of the conditions of his release could result in his detention revocation of his release status.

Undersigned counsel has spoken with Scarlett Singleton, Assistant United States Attorney, who does not oppose this motion for the reasons stated.